UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No.: 11-CV-62610-MARRA

WILLIAM L. TAYLOR,

    Plaintiffs,

vs.

CAFETAL CORP. and T.D.R.S.
PROPERTIES, INC.

    Defendants.

_____/

## ORDER APPROVING CONSENT DECREE

THIS CAUSE is before the Court upon Plaintiff's Stipulation to Approve Consent Decree and to Dismiss with Prejudice (DE 11), filed on August 24, 2012. Plaintiff moves the Court to approve an attached Consent Decree, dismiss the claims asserted against Defendant with prejudice, and retain jurisdiction to enforce the agreement. Motion at 2. On March 26, 2012, the Court entered an Order Granting Plaintiff's Motion for Final Default Judgment and Application for Attorney's Fees, Litigation Expenses and Costs (DE 10). The Court ordered Defendant to make certain alterations to its property by August 15, 1012. The Court presumes the proposed Consent Decree is intended to supersede the requirements of the prior Order.

Despite the Court's prior Order, the parties should be free to resolve the dispute between them amicably. As a result, the Court hereby approves the Consent Decree. The parties are ordered to comply with the requirements of the Consent Decree. The

1

2

terms and provisions of the Consent Decree shall supersede the requirements of this Court's March 26, 2012 order. (DE 10).  This case is dismissed with prejudice.  The Court shall retain jurisdiction to enforce the Consent Decree.

DONE AND ORDERED in Chambers, in West Palm Beach, Florida this 28th day of August, 2012.

_____
KENNETH A. MARRA
United States District Judge

Copies furnished to:
Counsel of record